UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
    Plaintiff(s)

v.

JOSE RAMON GONZALEZ-ROSA, et al
    Defendant(s)

Civ. No. 97-2526 (PG)

*RECEIVED & FILED 99 DEC -2 PM 12:08 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.*

| MOTION | ORDER |
|---|---|
| Docket #11 - Motion Requesting Confirmation Of Sale. | Granted |

Date: December  1 , 1999.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge