UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                Civ. No. 97-2526 (PG)

JOSE RAMON GONZALEZ-ROSA, et al
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #14 - Motion For Withdrawal Of Funds. | Granted |

Date: _____ June 7 _____, 2001.

                                      JUAN M. PEREZ-GIMENEZ
                                      U.S. District Judge

FINANCE